Jury Trial within 14 days of Service

**United States District Court**
**Southern District of New York**

**VICTOR MERCADO and JOHN MUSCI**
**As Trustees for THE VICTOR MERCADO ESTATE.**

**-against-**

**Experian, CEO Jeff Softley**
**Defendants.**

**Civil Action No.:**

**Verified Complaint and Demand for Jury Trial**

**VERIFIED COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND INJUNCTIVE RELIEF**

Plaintiff, Victor Mercado, the Party in Interest by and through his Trustees for the Victor Mercado Trust, respectfully alleges upon his first hand knowledge as to his own acts, and upon extensive research and information, belief and empirical public state and federal verified records as to all material facts as follows.

## I. NATURE OF THE ACTION

**1.** Plaintiff brings this action under strict scrutiny as an explicitly injured party and Lawful Trustee for The VICTOR MERCADO ESTATE pursuant to Federal Rule of Civil Procedure **17(a)(1)(E) [Fed. R. Civ. P. 17].** This action against EXPERIAN and CEO seeks to make the Party in Interest whole, for years of systematic financial abuse, unlawfully created through **inaccurate, negligent, reckless, and constitutionally defective reporting** of my **Consumer Credit Account** belonging to my "Person", the **VICTOR MERCADO ESTATE**, as defined by the **Social**

**Security Act** of 1935, as a **TRUST** or **ESTATE, 42 USC Chapter 7,** which created a **"Legal Person"** for my Benefit as Beneficiary, under **26 CFR § 1.41, 18 USC § 2510(6), 15 USC § 4724(e)(1)and 26 USC 674, as Creditor of the United States** under **12 CFR 1002.2** and **31 USC § 5312(a)(1)(c) as a "Financial Agency"** which **EXTENDS CREDIT** having **TOTAL** control of it's **Assets** and **ALL TITLE, RIGHTS, and INTEREST** as a **CONSUMER** defined by **15 USC § 7006, CFPB 15 § 1026.2(11), Title 15 § 6809.9, Title 15 § 7001.1,** and **NYS Administrative Code Title 20 § 5.**

**2.**This Pattern of continued FALSE reporting through EXPERIAN began in 2020. Since 1995, my **Legal "PERSON"** had a **PERFECT "CREDIT SCORE"** of **800+** for approximately **25 years.** The problem arose after I discovered the laws aforementioned and specifically called Capital One bank to ask questions. After making Capital One aware that my **"LEGAL PERSON"** is the **"CREDITOR"**, backed by Congress and The United States of America under D.C Laws, and the Treatise of The United States that **"CREDIT"** is my **Right**, as a **"CONSUMER"**. They **IMMEDIATELY** Closed my account and subsequently started reporting a twenty five dollar False amount claim, which was subsequently illegally acquired by EXPERIAN's agency which started reporting without doing its due diligence. On August 10, 2026, I issued a Demand letter of correction instructing agency to correct ALL False information and demanded compensatory damages. One agency changed the Credit score which went up to 800, then after Shellpoint reached out to them, they illegally reduced the score back down to the 600's. As of today, September 11, 2026, the Score once again went up 135 points.

## II. JURISDICTION & VENUE

1. This Court has original subject-matter jurisdiction under:

    - 28 U.S.C. § 1331 (federal question)
    - 28 U.S.C. § 1337 (commerce)
    - 15 U.S.C. § 1681p (FCRA jurisdiction)
    - 15 U.S.C. § 1692k(d) (FDCPA jurisdiction)

2. Plaintiff asserts affirmative claims arising under the Laws, statutes and Treatise of The United States. Venue is proper because Defendant conducts business in this District, under **Article 1 section 8 Clause 3 of the constitution commerce clause, covering ALL States** and the injuries occurred here.

## III. PARTIES

1. Plaintiff is a Natural person and Consumer under **15 U.S.C. § 1 681a(c), 15 U.S.C. § 1692a(3), CFPB § 1026.2(11), CFPB § 1026.2(14), USC Title 15 § 6808.9, USC Title 15 § 7006.1, and NYS Administrative code Title 20 Chpt. 5 § 701(d).**

2. Defendant,including CEO and its agents is a consumer reporting agency under **15 U.S.C. § 1681a(f)** governed by numerous governmental bodies including **D.C. Laws, Consumer Financial Protection Board (CFPB), Federal Trade Commission (FTC), and the Fair Credit Reporting Act(FCRA), Jeff Softley,** a natural person is fully responsible for his company's day to day functions.

3. Plaintiff's Citizenship: Plaintiff's, as Trustees, represent and prosecute the interests of **The VICTOR MERCADO ESTATE**, a United State's Person under The Social Security Act of 1935,**15 USC 4724(e), 31 USC 5312(2)(c)and(k)**. Plaintiff's persons are a citizen of **New Jersey & New York. 28 U.S.C. 1332.**

4. Defendants citizenship: Defendant EXPERIAN is a California Corporation with numerous locations throughout the United states with its main Headquarters 475 Anton Blvd., Costa Mesa California, Holding secretary of state licensure with a Securities and Exchange Commission registration under The Securities Act of 1933. **Defendant CEO Jeff Softley, The Party in Interest**, upon Public information and belief is resident citizen of the United States, and complete Diversity of citizenship exist because defendants person is a United States citizen, and the $150,000,000 is above the set Jurisdictional floor.

## IV. FACTUAL ALLEGATIONS OF UNLAWFUL INACCURATE DEFECTIVE REPORTING

1. This Pattern of continued FALSE reporting began in 2020. Since 1995, my Legal **"PERSON"** had a **PERFECT "CREDIT SCORE" of 800+** for approximately 25 years. The problem arose after I discovered the **D.C. Laws**, and Learned **The Treatise of the United States** and decided to called Capital One bank to ask questions. The second I revealed that I became aware, that my **"LEGAL PERSON"** is the **"CREDITOR"**, and that **"CREDIT"** is my **INHERENT RIGHT**. They Closed

my account and subsequently started reporting a twenty five dollar false amount claim. I decided to Ignore it because I did NOT know how to defend my "Person" as of yet, However, as of now,**I KNOW EXACTLY WHO I AM**, and how the entire system operates through my **"Person"**, governed by **The Laws of Agency** and The **Treaties of The United States.**

2. Defendant and his agents have decided to continue **USURPING my beneficial Title, Rights and Interest without consent and authorization**, after I contacted them in 2022, and in 2026, continuing their **Ton-tine scheme of limited liability, joint venture for profit, insurable Interest, requiring me to participate corporate Ponzi scheme.** Their actions has caused and continues to cause me, **severe and irreparable harm**, that has plummeted my "borrowing" capability by dropping my credit score to 600+ causing numerous banks to close down my credit card accounts because they have **Egregiously violated and continue to violate** these Lawful rules due to **3rd party unsubstantiated hearsay, in TOTAL VIOLATION of DUE PROCESS**, in addition to **NUMEROUS other violations** similar and evident in their 2011 Class action lawsuit that **settled for 45 Million, including their most recent May 4, 2026 CFPB Class Action lawsuit, which they settled for Millions due to the Agencies False Reporting.**

3. All in All, Plaintiff maintained a credit score between **800-850** for approximately 25 years.

4. In 2020, Plaintiff's score dropped from **850 to 650** without cause or authorization.

5. Plaintiff's score fluctuated between **650 → 700 currently at 664**, demonstrating systemic inaccuracy.

6. Plaintiff lawfully settled the underlying account through tender under **UCC 3-603** and related statutes and provided proof in 2022 and 2026.

7. Defendant regardless of proof, continued reporting false, inaccurate, and unverified information.

8. Defendant failed to re investigate disputes under **FCRA § 1681i.**

9. Defendant failed to maintain accuracy under **FCRA § 1681e(b).**

10. Defendant published false information furnished by entities lacking Article III standing.

11. Defendant caused financial, reputational, constitutional, and administrative injury after asked to correct records in 2022.

**V. CAUSES OF ACTION**

**COUNT I — FCRA § 1681e(b) (Failure to Maintain Accuracy)**

**COUNT II — FCRA § 1681i (Failure to Re investigate)**

**COUNT III — FCRA § 1681s-2(b) (Failure to Correct Furnisher Errors)**

**COUNT IV — FCRA § 1681n (Willful Violations)**

**COUNT V — FCRA § 1681o (Negligent Violations)**

**COUNT VI — FDCPA § 1692e (False Representations)**

**COUNT VII — FDCPA § 1692f (Unfair Practices)**

**COUNT VIII — Constitutional Violations (Due Process & Equal**

**Protection)**

**COUNT IX — Declaratory Judgment Act**

**COUNT X — Administrative Procedure Act**

**COUNT XI - UCC Articles 1, 2, 3, and 9 Violations**

**V. PRAYER FOR RELIEF**

I pray this Court condemns **EXPERIAN** and its **Real Party in Interest** for perpetuating corrupt lawless behavior by **USURPING my Consumer's Title, Rights, and Interest** for Monetary gain causing Irreparable harm through this **MODERN DAY SLAVERY,** and since, **"IGNORANCE OF THE LAWS IS NO EXCUSE"** Plaintiff seeks Judgment in the amount **$150,000,000 satisfying:**

- **Declaratory relief**
- **Injunctive relief**
- **Statutory damages**
- **Actual damages**
- **Punitive damages**
- **Constitutional damages**
- **Administrative damages**
- **Costs and fees**
- **Any other appropriate relief that is Constitutionally just**

**VI. JURY DEMAND**

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

**Verification**

I declare under penalty of perjury under the laws of the United States of America that I am the duly designated and empowered Trustee for The VICTOR MERCADO ESTATE, that I am authorized to prosecute this action under **FRCP 17(a) [Fed. R. Civ. P. 17]**, that I have read the foregoing Verified Complaint, and that the factual allegations contained therein are true and correct to the best of my personal knowledge, information, and belief [28 U.S.C. 1746].

Executed on this 13th day of June, 2026.

**VII. SIGNATURE**

**Respectfully submitted,**

**Trustees for the Victor Mercado Estate**

c/o 204 30th Street Brooklyn, NY 11232-1706

Victor Mercado, TTEE

BY:

John Musci, TTEE

Victor Mercado / John Musci, Trustees

# EXHIBITS

## 1 through 20

## in Chronological Order


96% 8:46 PM
CreditWise®
814
EXCELLENT
Next Update
7 Days
300
850
Updated Jan 6, 2019
+47
What Impacts Your Credit?
On-Time Payments
EXCELLENT
100%
OF PAYMENTS MADE ON-TIME
Oldest Credit Line
GOOD

# 646

Credit
FAIR







As of 03/20/2023 | Updated monthly by TransUnion

Keep in mind we can only display

Type or ask me someth


Sprint
55% 3:29 PM
Menu
Overview
My Credit
2
Tips
4
Borrow
MY SCORE IS EXCELLENT
AS OF MAY 8, 2018
20
800
OUT OF 850
11
Advertiser Disclosure
Based on your 11 pts score increase, here are your top actions.
ACTION 1 : We found your new credit limit for your excellent credit.
Your current total credit limit
$181,350
How much more credit would you like to have?
$3,000

credit sesame

Updated Today

Full credit reports →

↑1

799

EXCELLENT

300 850

TransUnion

Check out your 3 actions →

# Fast track your credit score goals!

3 Bureau credit score & reports, advanced credit monitoring alerts and more with Credit Sesam

See your credit changes

Overvi... Credit Cash Tips Offers

# For you

ard Credit **Accounts** Debt Cas

**Property** $--
Keep up with your equity

**Add an asset**

## Debts $--

**Credit cards** $--
No accounts

**Loans** $--
No existing loans to track

**Add a credit card**

For you | Cards | Loans | Insurance | Money

# For you

it Accounts **Debt** Cash flow T

**CCB/ AAARWD** **$0**

Confirm this card

14 days ago

## Loans $361,805

**NR/SMS/ CAL** **$361,805**

$2,640/mo

**CITIBANKNA** **$0**

$0/mo

## Collections $313

For you Cards Loans Insurance Money

← Recent changes

# Account Reported

## New SHELLPOINT MORTGAGE account detected

Between Aug 28, 2026 and Aug 30, 2026, your account with SHELLPOINT MORTGAGE was added to your report. This account was opened on Oct 13, 2017.

Opening a new account can temporarily lower your score because it adds a hard inquiry to your report

For you Cards Loans Insurance Money

Credit ...

ame.com

credit sesame

Continue in App

Home | Goals | Reports | Cards | Loans

Report | Accounts

Credit Score

# 612

Updated Daily

TransUnion




See what's changed ›

Credit Report Lock ›

# For you

Dashboard | **Credit** | Cash flow

Display by **Equifax**

# 612

Needs Work

▼ 183 pts checked daily




Scores checked daily with VantageScore 3.0

See what decreased

For you | Cards | Loans | Insurance | Money

# ← Previous changes

**Aug 28, 2026** **No change**
795 score

---

**Aug 28, 2026** **-5 points**
795 score

---

**Aug 27, 2026** **+178 points**
800 score

---

**Aug 25, 2026** **No change**
622 score

---

**Aug 22, 2026** **-38 points**
622 score

---

**Aug 20, 2026** **No change**
660 score

For you Cards Loans Insurance Money

# THIS IS A LEGAL LAWFUL NOTICE

**DEMAND LETTER**

**Date:** August 10, 2026

**From: Victor: Mercado, TRUSTEE FOR THE VICTOR MERCADO ESTATE**
C/O 204 30th Street
Brooklyn, New York 11232

**To: Experian of North America**
475 Anton Blvd
Costa Mesa, CA 92626

**RE: FORMAL DEMAND FOR CORRECTION, CESSATION OF UNLAWFUL REPORTING, AND COMPENSATION FOR DAMAGES UNDER FCRA, FDCPA, UCC, AND FEDERAL CONSTITUTIONAL LAW**

To CEO, Brian Cassin

This demand is issued due to the **unlawful, inaccurate, negligent, reckless, and constitutionally defective reporting** of my **Consumer Credit Account** belonging to my "Person", the **VICTOR MERCADO ESTATE,** as defined by the **Social Security Act** Manual of 1935, as a **TRUST** or **ESTATE, 42 USC Chapter 7**, which created a **"Legal Person"** under **26 CFR § 1.41, 18 USC § 2510(6), 15 USC § 4724(e)(1), as Creditor of the United States** under **12 CFR 1002.2** and **31 USC § 5312(a)(1)(c) as a "Financial Agency"**which **EXTENDS CREDIT** having **TOTAL** control of it's **Assets** and **ALL TITLE, RIGHTS, and INTEREST** as a **CONSUMER** defined by **15 USC § 7006, CFPB 15 § 1026.2(11), Title 15 § 6809.9, Title 15 § 7001.1,** and **NYS Administrative Code Title 20 § 5.** This Pattern of continued FALSE reporting through your Agency began in 2020. Since 1995, my **Legal "PERSON"** had a **PERFECT "CREDIT SCORE**" of **800+** for approximately **25 years**. The problem arose after I discovered these laws and specifically called Capital One bank to ask questions. The second I revealed that I became aware, that my **"LEGAL PERSON"** is the **"CREDITOR"**, and that **"CREDIT"** is my **Right**, they Closed my account and subsequently started reporting a twenty five dollar amount false claim. I decided to Ignore it.

Then in 2023, I settled a Mortgage debt with the Original Lender, after becoming "**SECURED"** and a 3rd party Unlawfully Purchased the Account also making False claims and reporting a debt they actually owe me. See Exhibit A, This is a 1099C that I filed with the IRS, and as a result YOU have Egregiously violated and continue to violate these Lawful rules due to 3rd party **unsubstantiated hearsay in TOTAL VIOLATION of DUE PROCESS,** in addition to NUMEROUS other violations similar and **evident in your 2011 Class action Lawsuit you settled with the Big 3 for $45 Million.**

Due to your Agencies continued False reporting, after I contacted you back in 2022 immediately after the incident, and **YOU DENIED ME** and my **PERSON'S RIGHTS**, circumventing **DUE PROCESS violating EVERY SINGLE Law and Rule I have provided, that YOU MUST Follow, MOTIVATED me to FULLY become SECURED as of May 02, 2023, file #202305028193934,** which is on File with **The Secretary of State**, taking **FULL CONTROL** of my **'PERSON'** and **ALL TITLE, RIGHTS and INTEREST**, so I Demand immediate change of my Estates Credit Score to 850. You have **14 days** from the Date You Officially received this letter. In addition, **I demand compensation** for the harm you have caused Me and my Family for the last 4 years to settle this matter in the amount of **$ 5,000,000.00 (million).** Your Failure to comply will result in a **lawsuit** for **$150,000,000.00**, in addition to a **separate Class action lawsuit for Deceptive Trade Practices** for the harm you have caused my friends and family for years in light of this New Information.

If You choose to comply, I will sign a Non-Disclosure agreement **ONLY** under strict certain circumstances that would make me and my family whole. Otherwise, I will continue with ALL the lawsuits mentioned after your grace period. My plan is to hold **EVERY Party** Involved **ACCOUNTABLE** including the Banks responsible and make this information readily available for Public consumption.

The Trustees of the **VICTOR MERCADO ESTATE** hereby issue this **formal demand letter** pursuant to:

- **Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.**
- **Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.**
- **U.S. Const. amend. V & XIV (Due Process & Equal Protection)**
- **U.S. Const. art. III (Standing & Injury)**
- **Administrative Procedure Act (APA)**
- **Declaratory Judgment Act**
- **Rules Enabling Act**
- **Uniform Commercial Code (UCC) Articles 1, 2, 3, 9**
- **Federal Reserve Act § 16-2 ("Notes Issued")**
- **12 CFR § 621.3 (GAAP Accounting Requirements)**

## I. FACTUAL BASIS FOR DEMAND

### 1. Catastrophic and Unlawful Credit Score Fluctuation

The Estate's credit score has undergone extreme, unlawful volatility:

- **850** → **650** (catastrophic drop)
- **650** → **700** → **664** (oscillation)

This fluctuation constitutes:

- **FCRA § 1681e(b)** violations (failure to maintain maximum possible accuracy)
- **FCRA § 1681i** violations (failure to re-investigate disputes)
- **FCRA § 1681s-2(b)** violations (failure of furnishers to correct false data)
- **FDCPA § 1692e** violations (false, deceptive, misleading representations)

This pattern is **direct evidence** of systemic negligence, reckless disregard, and automated processing errors.

## II. LEGAL BASIS FOR DEMAND

### A. FCRA Violations

You have violated:

- **§ 1681e(b)** — failure to maintain accuracy
- **§ 1681i** — failure to re-investigate
- **§ 1681s-2(b)** — failure to correct false furnisher data
- **§ 1681n** — willful violations
- **§ 1681o** — negligent violations

Your agencies published false, inaccurate, and unverified data, causing:

- financial injury
- reputational injury
- constitutional injury
- Article III injury
- administrative injury

**B. FDCPA Violations**

You have violated:

- **§ 1692e** — false, deceptive, misleading representations
- **§ 1692f** — unfair practices
- **§ 1692c** — improper communications

Your agencies continued reporting false data **after the Estate settled the underlying account**, constituting unlawful collection activity.

**C. Constitutional Violations**

Your reporting practices violate:

- **Due Process (5th & 14th Amendments)**
- **Equal Protection (14th Amendment)**
- **Article III Standing Doctrine**
- **Strict Scrutiny**

Credit reporting affects:

- housing
- employment
- insurance
- financial liberty

Your agencies acted as **quasi-administrative actors**, triggering constitutional protections.

**D. Administrative-Law Violations**

You violated:

- **Administrative Procedure Act (APA)**
- **Declaratory Judgment Act**
- **Rules Enabling Act**

Your automated systems:

- lack procedural safeguards
- lack verification mechanisms
- lack reinvestigation protocols
- lack constitutional compliance

### E. UCC + Banking-Law Violations

The Estate settled the underlying account through lawful tender under:

- **UCC 3-603 (Tender Discharge)**
- **UCC Articles 1, 2, 3, 9**
- **Federal Reserve Act § 16-2**
- **12 CFR § 621.3 (GAAP)**

Your agencies continued reporting false balances **after discharge**, constituting unlawful collection and unlawful publication.

## III. FORMAL DEMAND

The Trustees of **THE VICTOR MERCADO ESTATE** hereby demand:

**1. Immediate deletion of all inaccurate, unverifiable, or unlawful trade lines.**

**2. Immediate correction of all false balances, statuses, and payment histories.**

**3. Immediate reinvestigation under FCRA § 1681i.**

**4. Immediate cessation of reporting any data furnished by entities lacking Article III standing.**

**5. Immediate removal of any data furnished by servicers who violated UCC tender laws.**

**6. Immediate restoration of the Estate's credit score to its accurate pre-injury level.**

**7. Immediate issuance of a corrected consumer disclosure.**

**8. Compensation for damages, including:**

- statutory damages
- actual damages
- punitive damages
- constitutional damages
- administrative damages

**9. Written confirmation within 14 days of compliance.**

## IV. NOTICE OF INTENT TO FILE SUIT

If you fail to comply within **14 days**, the Trustees will initiate federal litigation seeking:

- declaratory relief
- injunctive relief
- compensatory damages
- statutory damages

- punitive damages
- sanctions
- attorney's fees
- fiduciary costs

under:

- **FCRA §§ 1681n, 1681o**
- **FDCPA § 1692k**
- **U.S. Constitution**
- **APA**
- **Declaratory Judgment Act**
- **Rules Enabling Act**
- **UCC Articles 1, 2, 3, 9**

**V. CONCLUSION**

You are hereby placed on formal notice. Failure to comply will result in immediate federal action.

**Respectfully, Trustees of the VICTOR MERCADO ESTATE** Authorized Representatives under **FRCP 17(a)(1)(E)**

Sincerely,

By:

For: **THE VICTOR MERCADO ESTATE**

# For you

Dashboard Credit Debt Tax

**TransUnion**
**660** Fair
Last checked today

**Equifax**
**800** Excellent
▲ 178 pts today

## Popular credit cards

See more

Check out cards that are popular with members like you.

Advertiser Disclosure

**U.S. Bank Shield™**

↓ More updates

Rates & Fees

For you | Cards | Loans | Insurance | Money

# ← Notifications

All | Accounts | Credit | Mor

- VICTOR, your credit score rose to the top! It's 34 points higher than the average for your age group. Tap to see.
  Aug 30

---

- VICTOR: Different credit scores. Different credit bureaus. What's going on here? 🤔 Not to worry, our editorial team has the 411. Tap to see.
  Aug 28

---

- Woohoo! Your credit use is below average for similar profiles—this can boost your score. Tap to

←

# Recent changes

We found **1 change** to your Equifax credit report

**612**
Credit score

**-183 points**
since Aug 28, 2026

## Account Reported

**New SHELLPOINT MORTGAGE account detected**

View previous

For you | Cards | Loans | Insurance | Money

← Recent changes

# Account Information Changed

**Remark code added to SHELLPOINT MORTGAGE account**

Between Sep 5, 2026 and Sep 13, 2026, the following remarks were added to this account:
Consumer disputes this account information

Variable/adjustable Rate.

Remarks are meant to make

For you Cards Loans Insurance Money

9:04 100%

←

# Recent changes

We found **6 changes** to your Equifax credit report

| **790** | **+135 points** |
|---|---|
| Credit score | since Sep 5, 2026 |

## Payment History Change

**Your Payment History factor has moved from Excellent to Fair.**

For you Cards Loans Insurance Money

# For you

Dashboard | Credit | Cash flow

**Cash**

**$--**

**Connect account**

**Spending**

**$--**

**Connect account**

**TransUnion**

**611**

Needs Work

▼ 44 pts today

**Equifax**

**790**

Excellent

▲ 135 pts today

# An offer curated just for you

✓ B ... it score

↓ More updates

For you | Cards | Loans | Insurance | Money

# For you

Dashboard | **Credit** | Cash flow

Display by **Equifax**

# 790

Excellent

▲ **135 pts** checked daily




Scores checked daily with VantageScore 3.0

See what increased

For you
Cards
Loans
Insurance
Money

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Victor: Mercado Trustee/ Agent/ Beneficiary - 917-731-6303**

B. E-MAIL CONTACT AT FILER (optional)
**MFCDirect@aol.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
**Secretary of State**
**U.S. Department of State, 2201 C Street NW,**
**Washington, DC 20520**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**The New York City Department of Records and Information Services Rm.103 (DoRIS) (Surrogate Cou**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **31 Chambers Street** | **New York** | **NY** | **10007** | **US** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME
**The United States**

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **1600 Pennsylvania Ave NW** | **Washington** | **DC** | **20500** | **US** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **1500 Pennsylvania Avenue /Remittance Rm.3** | **Washington** | **DC** | **20220** | **US** |

4. COLLATERAL: This financing statement covers the following collateral:

**This Actual and Constructive Public Notice is to lawfully correct and clarify ALL NUMIDENT previously recorded and linke the Death Master File (DMF) and publicly recorded on the National Archives bearing a False Status of my private Christian r Victor of the Mercado Family as a member of one Heaven in mind, body, and Soul. ANYONE, including Agents of Administ agencies who acquire and use information created in the likeness of the TRADE NAME/ TRADEMARK/ COPYRIGHT PAT of the JURIDICAL PERSON "MERCADO VICTOR" OR ANY Variation thereof without FULL DISCLOSURE or CONSE Securitization, Special Deposit for the Benefit of Depositor/ Secured Party/ Grantee Beneficiary/ or a Debtor Claimant in AN Action, Investments, commodities Trust Deposit Accounts, Public and Private Contracts to acquire Legal Tender CURRENC (12 USC 1813(A)(1)), (12 USC 411) & (12 USC 41), are willfully trespassing, violating, maintaining, Deceptively altering and Fraudulently disbursing Private property for commercial use in violation of the following Laws: (18 USC 241), (18 USC 242), USC 1983), (12 USC1431), (12 USC 615), WILL BE HELD ACCOUNTABLE TO THE FULL EXTENT OF THE LAW UND STRICT SCRUTINY.**

**See additional**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship and Immigration Services

Control Number: NRC2023197066

July 5, 2023

VICTOR MERCADO
204 30TH STREET
BROOKLYN, NY 11232-1706

Dear VICTOR MERCADO:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on June 24, 2023, regarding your I-94.

We have completed a search of Person-Centric Identity Services (PCIS). No records responsive to your request were located. If you have reason to believe that responsive records do exist, and you can provide us with additional information, we will conduct another search. Please forward the additional information to the address listed above and reference the control number which appears on this correspondence. If, after the second search no responsive records are located, you will be notified. At that time, you may appeal the determination by following the directions set forth below.

The requested records fall under the purview of the U.S. Customs and Border Protection (CBP). If you wish, you may request those records from CBP at the following address U.S. Customs and Border Protection, 90 K ST NE MS 1181, Washington DC, 20229 or visit the CBP website at www.cbp.gov for more information.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office. For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.

Sincerely,

CMunita

Cynthia Munita
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit